UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HENRY WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00168-JPH-KMB ) |
| DAUSS, et al., | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice**.

Date: 4/20/2023

Roger A.G. Sharpe, Clerk

BY: _____Pam Pope_____
Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

HENRY WRIGHT
166523
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only